101 A.3d 1078

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. ANTOINE D. WATTS, DEFENDANT–RESPONDENT.

October 30, 2014.

It is ORDERED that the motion for leave to appeal is granted.